| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kerry P. Zeiler (SBN 233944)<br>KO & ZEILER<br>1855 W. Katella Ave., Ste. 365<br>Orange, CA 92867<br>714-633-4350 / 714-459-8250 - FAX<br>*Attorney for* American First Real Estate Services, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>AMERICAN FIRST REAL ESTATE SERVICES, INC.<br>Debtor. | CHAPTER __7__<br><br>CASE NUMBER 08-bk-17356<br><br>(No Hearing Required) |
|---|---|

# DECLARATION RE: LIMITED SCOPE OF APPEARANCE
# PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* __September 30, 2008__, I agreed with the Debtor that for a fee of $__3,000__, I would provide only the following services:

    a. ☒ Prepare and file the Petition and Schedules
    b. ☒ Represent the Debtor at the 341(a) Meeting
    c. ☐ Represent the Debtor in any relief from stay actions
    d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
    e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
    f. ☐ Other *(specify)*:

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 10/03/2008

I HEREBY APPROVE THE ABOVE:

/s/ Antoinette Holguin, President
*Signature of Debtor*

KO & ZEILER
*Law Firm Name*

By: /s/ Kerry P. Zeiler

Name: Kerry P. Zeiler
*Attorney for Debtor*

| Declaration Re: Limited Scope of Appearance - *Page 2* | | **F 2090-1.1** |
|---|---|---|
| In re<br>AMERICAN FIRST REAL ESTATE SERVICES, INC.    Debtor. | CHAPTER ___7___<br>CASE NUMBER  08-bk-17356 | |

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF _____

I am employed in the County of _____, State of California.  I am over the age of 18 and not a party to the within action.  My business address is as follows:


On _____, I served the foregoing document described as: DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

❑  Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____         _____
*Type Name*                                                                                        *Signature*