# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Kerry P. Zeiler
Street Address: 1855 W. Katella Ave. #365
Orange, CA 92867
Filer's Telephone No.: 714-633-4350

Atty Name (if applicable): _____
CA Bar No. (if applicable): 233944
Atty Fax No. (if applicable): _____

In re:
American First Real Estate Services, Inc.

Case No.: 08-bk-17356
Chapter 7 __X__ 11 ____ 13 ____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes __X__    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____  B ____  C ____  D ____  E ____  F __X__  G ____  H ____  I ____  J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Antoinette Holguin, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: February 27, 2009

**FOR COURT USE ONLY**

/s/ Antoinette Holguin, President
*Debtor Signature*

_____
*Co-Debtor Signature*

*SEE REVERSE SIDE**

B-1008 *Revised November 2003*

**Amendments to Schedule F**

| Creditor | Balance |
|---|---:|
| ADT Security Service<br>PO Box 96175<br>Las Vegas, NV  89193 | $2,250.49<br>Trade Debt |
| Bill Solutions, Inc.<br>PO Box 1136<br>Glenview, IL 60025 | $523.30<br>Trade Debt |
| Countrywide Financial<br>PO Box 660458<br>Dallas, TX 75266 | $6,206.02<br>Trade Debt |
| Dee Sign Co<br>1010 Raymond Way<br>Anaheim, CA 92801 | $309.60<br>Trade Debt |
| DHL Express<br>PO Box 60000 File 30692<br>San Francisco, CA 94160 | $7.85<br>Delivery Service |
| GE Capital<br>PO Box 31001-0271<br>Pasadena, CA 91110 | $2,737.87<br>Trade Debt |
| Interthinx<br>PO Box 27985<br>New York, NY 10087 | $675.05<br>Trade Debt |
| Lakeside Center<br>2620 Regatta Dr, Ste 102<br>Las Vegas, NV 89128 | $750.00<br>Trade Debt |
| Land Safe Real Estate Closing Service<br>2270 Lakeside Blvd RLS 5-87<br>Richardson, TX 75082 | $2,531.10<br>Trade Debt |
| Lane Guide<br>PO Box 70610<br>Reno, NV 89570 | $99.00<br>Trade Debt |
| Personnel Concepts 1<br>PO Box 9003<br>San Dimas, CA 91773 | $355.25<br>Trade Debt |

| | |
|---|---:|
| Point West Commercial Inc<br>10241 Trademark St Ste A<br>Rancho Cucamonga, CA 91730 | $13,927.15<br>Trade Debt |
| RAM National Business Systems<br>8949 Rose Avenue<br>Montclair, CA 91763 | $240.25<br>Trade Debt |
| Schindler Elevator Corporation<br>PO Box 93050<br>Chicago, IL 6673 | $413.78<br>Trade Debt |
| Shred It<br>PO Box 77385<br>Corona, CA 92877 | $836.88<br>Trade Debt |
| Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771 | $257.33<br>Trade Debt |
| TBS Couriers<br>PO Box 23400<br>Oakland, CA 94623 | $299.30<br>Trade Debt |
| Telepacific Communications<br>515 S Flower St 47th Fl<br>Los Angeles, CA 90071 | $31,233.99<br>Trade Debt |
| Time Warner Telecom<br>10475 Park Meadows Drive<br>Littleton, CO 80124 | $4,359.40<br>Trade Debt |
| TNCI<br>2 Charlesgate West<br>Boston, MA 02215 | $4,061.41<br>Trade Debt |
| Verizon<br>PO Box 9688<br>Mission Hills, CA 91346 | $1,429.62<br>Trade Debt |
| Worldwide Express<br>144 Edinger Avenue Ste 210<br>Tustin, CA 92780 | $1,413.16<br>Trade Debt |

# **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: February 27, 2009         Kerry P. Zeiler
                                 Print or Type Name

                                 /s/ Kerry P. Zeiler
                                 *Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

ADT Security Service
PO Box 96175
Las Vegas, NV  89193

Bill Solutions, Inc.
PO Box 1136
Glenview, IL 60025

Countrywide Financial
PO Box 660458
Dallas, TX 75266

Dee Sign Co
1010 Raymond Way
Anaheim, CA 92801

DHL Express
PO Box 60000 File 30692
San Francisco, CA 94160

GE Capital
PO Box 31001-0271
Pasadena, CA 91110

Interthinx
PO Box 27985
New York, NY 10087

Lakeside Center
2620 Regatta Dr, Ste 102
Las Vegas, NV 89128

Land Safe Real Estate Closing Service
2270 Lakeside Blvd RLS 5-87
Richardson, TX 75082

Lane Guide
PO Box 70610
Reno, NV 89570

Personnel Concepts 1
PO Box 9003
San Dimas, CA 91773

Point West Commercial Inc
10241 Trademark St Ste A
Rancho Cucamonga, CA 91730

RAM National Business Systems
8949 Rose Avenue
Montclair, CA 91763

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 6673

Shred It
PO Box 77385
Corona, CA 92877

Southern California Edison
PO Box 600
Rosemead, CA 91771

TBS Couriers
PO Box 23400
Oakland, CA 94623

Telepacific Communications
515 S Flower St 47th Fl
Los Angeles, CA 90071

Time Warner Telecom
10475 Park Meadows Drive
Littleton, CO 80124

TNCI
2 Charlesgate West
Boston, MA 02215

Verizon
PO Box 9688
Mission Hills, CA 91346

Worldwide Express
144 Edinger Avenue Ste 210
Tustin, CA 92780